IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| HAROLD PIATT, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-07-CA-520-LY |
| § | |
| CITY OF AUSTIN, § | |
| TOBY FUTRELL, IN HER OFFICIAL § | |
| CAPACITY AS CITY MANAGER § | |
| OF THE CITY OF AUSTIN, § | |
| STANLEY L. KNEE, IN HIS OFFICIAL § | |
| CAPACITY AS POLICE CHIEF OF § | |
| THE CITY OF AUSTIN AND IN HIS § | |
| INDIVIDUAL CAPACITY, AND § | |
| ART ACEVEDO, IN HIS OFFICIAL § | |
| CAPACITY AS POLICE CHIEF § | |
| OF THE CITY OF AUSTIN, § | |
| DEFENDANTS. § | |
| § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on September 13, 2010, the Court called the above styled and numbered cause for bench trial. The parties announced they were ready, the trial proceeded and on September 14, at the close of Plaintiff Harold Piatt's case in chief, Defendants moved for judgment as a matter of law, which the Court denied without prejudice. Trial continued, and on September 15, at the close of Defendants' case in chief, Defendants again moved for judgment as a matter of law, which the Court denied.

On this date, by separate Memorandum Opinion and Order, the Court held that Defendants prevailed on their mixed-motives defense to Piatt's race-discrimination action. Further the Court held that Piatt should take nothing on his claims against Defendant Stanley L. Knee, in his individual capacity, and against Defendant City of Austin. Previously, on December 2, 2008, the Court held

that Piatt take nothing on his claims against Defendant Toby Futrell in her individual capacity (Clerk's Document No. 68).

As all matters have been resolved in this action, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that as Defendants have prevailed on a mixed-motives defense to Plaintiff Harold Piatt's race-discrimination claim under Title VII of the 1964 Civil Rights Act, as amended, Piatt shall recover from Defendants his attorney's fees and costs demonstrated to be directly attributable only to the pursuit of his claim under Title 42 United States Code section 2000e-2(m).

**IT IS FURTHER ORDERED** that Plaintiff Harold Piatt **TAKE NOTHING** by his action against Defendant Toby Futrell in her individual capacity.

**IT IS FURTHER ORDERED** that Plaintiff Harold Piatt **TAKE NOTHING** by his action against Defendant Stanley Knee in his individual capacity pursuant to Title 42 United States Code section 1983.

**IT IS FURTHER ORDERED** that Plaintiff Harold Piatt **TAKE NOTHING** by his action against Defendant the City of Austin pursuant to Title 42 United States Code section 1983.

**IT IS FURTHER ORDERED** that remaining issues regarding costs and attorney's fees incurred in this action will be determined post judgment and pursuant to Rule CV-7(i), Local Rules of the United States District Court for the Western District of Texas.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

SIGNED this _30th_ day of September, 2010.

                                              LEE YEAKEL
                                              UNITED STATES DISTRICT JUDGE